James C. Anderson
Assistant United States Attorney
District of Wyoming
P. O. Box 668
Cheyenne, Wyoming 82003
(307) 772-2124

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 JAN 16  PM 1 10

STEPHAN HARRIS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Plaintiff, ) | No. 13-CR-18-S |
| ) | |
| v. ) | MOTION FOR DETENTION HEARING |
| ) | |
| **THEODORE WILSON CHAPUT,** ) | |
| ) | |
| Defendant. ) | |

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves the following:

     ✓    Crime of violence (18 U.S.C. § 3156)

     __    Maximum sentence life imprisonment or death

     __    10+ year drug offense

     ✓    Serious risk defendant will flee

     __    Felony, with two prior convictions in above categories

     ✓    Serious risk obstruction of justice

2.  <u>Reason for Detention.</u>  The court should detain defendants because there are no conditions of release which will reasonably assure:

  ✓  Defendant's appearance as required

  ✓  Safety of any other person and the community

3.  <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

  ✓  Probable cause to believe defendant committed 10+ year drug offense, firearms offense, 18 U.S.C. § 924(c), or child exploitation offense.

  __  Previous conviction for "eligible" offense committed while on pretrial bond

4.  <u>Time for Detention Hearing.</u>  The United states requests the court conduct the detention hearing:

  __  At first appearance

  ✓  After a continuance of _3_ days

DATED this _16_ day of January, 2013.

Respectfully submitted,

CHRISTOPHER A. CROFTS
United States Attorney

JAMES C. ANDERSON
Assistant United States Attorney