```
          FILED                              RECEIVED
     U.S. DISTRICT COURT                U.S MARSHALS SERVICE
     DISTRICT OF WYOMING
                                          2013 JAN 16 PM 3:47
       2013 FEB 12 PM 3 40
                                            CHEYENNE, WY
       STEPHAN HARRIS, CLERK
            CHEYENNE
```

# United States District Court
## For The District of Wyoming

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | **WARRANT FOR ARREST** |
| THEODORE WILSON CHAPUT. | CASE NUMBER: 13-CR-18-S |

**To:**
The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  __THEODORE WILSON CHAPUT__
and bring him or her forthwith to the nearest magistrate to answer **Indictment** charging him or her with **Possession of Child Pornography** in violation of **18 USC 2252A(a)(5)(B) and (b)(2)**.

| | |
|---|---|
| Stephan Harris | Clerk of United States District Court |
| Name of Issuing Officer | Title of Issuing Officer |
| | |
| *[signature]* Stephan Harris | January 16, 2013, Cheyenne, Wyoming |
| Signature of Issuing Officer | Date and Location |
| | |
| *[signature]* By Deputy Clerk | |
| Bail fixed at $ __DETAIN__ | By: __Nancy D. Freudenthal__ |
| | Chief, United States District Judge |

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at  __Colorado Springs, CO__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2-11-2013 | For FBI By Joseph Grier, USMS | *[signature]* |