

**FILED**

11:30 am, 2/26/13

**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 13-CR-18-S   Date 2/26/13 |
| VS | Time 11:07 - 11:29 |
| | ☑ Indictment   ☐ Information |
| THEODORE WILSON CHAPUT | ☐ Complaint   ☐ Other |
| DEFENDANT | |
| | Offense  Possession of Child Pornography |
| Before the Honorable, Kelly H. Rankin | Recorded  FTR Courtroom 3   ☐ Disk NO. |

| Zac Fisher | Jan Davis | Phil Caldwell | Jim Anderson | Justin Cline |
|---|---|---|---|---|
| Deputy Clerk | Court Reporter | Probation Officer | Asst. U.S. Attorney | Marshal |

INTERPRETER _____

Appeared    ☐ Voluntarily
            ☑ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing   Dan Blythe for Jim Barrett
☑ FPD    ☐ PANEL-CJA    ☐ RETAINED
☐ Attorney waived

1. Initial appearance    Date _____ (Comments) _____

   **BOND IS**    ☑ Defendant is detained
                  ☐ Set at $ _____   ☐ Cash or Surety   ☐ Unsecured
                  ☐ Continued on the same terms and conditions
                  ☐ Detention and/or Preliminary hearing set for _____

☐ Obey all laws, Federal, State and Local         ☐ Maintain current residence
☐ Seek/Maintain employment                        ☐ Report to Pretrial Services as directed
☐ 3rd party custody of _____                 ☐ Travel restricted to _____
☐ Not use or possess firearms/ammunition/explosives   ☐ Abide by the following curfew
☐ Not use or possess alcohol                      ☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess                       ☐ Avoid all contact with
☐ Submit to drug/alcohol testing                  ☐ Post property or sum of money _____
☐ Do not obtain passport                          ☐ Undergo medical/psychiatric treatment/exam
☐ Surrender passport to _____

☐ Other
_____
_____
_____
_____
_____

**MAGISTRATE CRIMINAL PROCEEDING SHEET**
Disposition by District Court

☑ Bail review/detention hearing          Date 2/26/13
☑ Defendant detained -     Reasons
The weight of the evidence, no solid release plan (Prior criminal history, no familial/residential/financial ties to District of Wyoming or Colorado - where he is residing at this time.) If a suitable release plan can be configured (including a Third-Party Custodian, full-time employment)

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing set for _____     ☐ Preliminary hearing waived
☐ Removal hearing waived     ☐ Removal hearing held     Date _____
☐ Court orders defendant held to answer to U.S. District Court, District of _____
   ☐ Bond to transfer     Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue
☐ Case continued to _____ for _____
☐ Other _____

2. Preliminary hearing          Date _____
   Witnesses _____

   Outcome _____
   ☐ Bound over to U.S. District Court     ☐ Dismissed

   ☐ Other _____

## Arraignment

☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☑ Not guilty to count(s) 1, 2      of an Indictment
☐ Guilty to count(s) _____      of an _____

| Not Guilty Plea | Guilty Plea |
|---|---|
| ☑ Court orders discovery per rule 16 FRCrP | ☐ Court is satisfied there is factual basis for a plea of guilty |
| ☑ Court orders access to Grand Jury Transcripts | ☐ Defendant referred to probation for presentence investigation |
| ☑ Motions to be filed in 20 days or | ☐ Defendant advised on consequence of a plea of guilty |
| On / Before _____ | ☐ Plea agreement filed |
| ☑ Trial date set for 5/6/13 at 9:00 a.m. | ☐ Sentencing set for _____ at _____ |
| In Casper, Wyoming before Judge Scott W. Skavdahl | In _____ |
| ☑ Speedy trial expires on 5/6/13 | ☐ Plea conditionally accepted |

## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court