JAMES H. BARRETT
Assistant Federal Public Defender
214 W. Lincolnway, Suite 31-A
Cheyenne, WY  82001
P:  (307) 772-2781
F: (307) 772-2788

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 13-CR-18-S |
| | ) | |
| **THEODORE CHAPUT**, | ) | |
| | ) | |
| Defendants. | ) | |

### *DEFENDANT 'S JOINT STATUS REPORT*

Comes now the defendant, Theodore Chaput by and through his attorney, James H. Barrett, Assistant Federal Public Defender, and does hereby advise the Court that the defendant is considering entering into a plea agreement as well as a possible evaluation in this matter and does not appear to be proceeding to trial. The defendant would further advise the Court that counsel for the Plaintiff, James Anderson, AUSA , has been advised of this advisement and joins in the report as provided herein.

Dated this 9th day of April 2013.

        Respectfully submitted,

        RAYMOND P. MOORE
        Federal Public Defender

        /s/ *James H. Barrett*
        James H. Barrett
        Asst. Federal Public Defender
        214 West Lincolnway, Suite 31-A
        Cheyenne, WY 82001
        T:  307-772-2781
        F: 307-772-2788

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served a true and correct copy of the foregoing upon the following by electronic filing this 9th day of Aril 2013.

James C. Anderson
Assistant U.S. Attorney