

**FILED**
*2:46 pm, 5/22/13*
**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

UNITED STATES OF AMERICA

VS

THEODORE WILSON CHAPUT
DEFENDANT

Case No. 13-CR-18-S   Date 5/22/13
Time 9:12 - 9:42
☑ Indictment    ☐ Information
☐ Complaint     ☐ Other

Offense  Possession of Child Pornography

Before the Honorable, Kelly H. Rankin

Recorded FTR Courtroom 3   ☐ Disk NO.

| Zac Fisher | Phil Caldwell | JAnderson/A Threadgill | Justin Cline |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Probation Officer | Asst. U.S. Attorney | Marshal |

INTERPRETER _____

Appeared  ☐ Voluntarily
          ☑ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing  Jim Barrett
☑ FPD    ☐ PANEL-CJA    ☐ RETAINED
☐ Attorney waived

1. Initial appearance   Date _____ (Comments) _____

   **BOND IS**   ☑ Defendant is detained
   ☐ Set at $_____   ☐ Cash or Surety   ☐ Unsecured
   ☐ Continued on the same terms and conditions
   ☐ Detention and/or Preliminary hearing set for _____

☐ Obey all laws, Federal, State and Local
☐ Seek/Maintain employment
☐ 3rd party custody of _____
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing
☐ Do not obtain passport
☐ Surrender passport to _____

☐ Maintain current residence
☐ Report to Pretrial Services as directed
☐ Travel restricted to _____
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Avoid all contact with _____
☐ Post property or sum of money _____
☐ Undergo medical/psychiatric treatment/exam

☐ Other

## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

☑ Bail review/detention hearing           Date 5/22/13
☑ Defendant detained -     Reasons
Hearing on Motion for Reconsideration of Bond continued to May 28, 2013 @ 11:30 am before the Honorable Kelly H. Rankin on May 28, 2013 @ 11:30 in Cheyenne, Wyoming (Courtroom No. 3 - Room 2104)

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing set for _____     ☐ Preliminary hearing waived
☐ Removal hearing waived         ☐ Removal hearing held     Date _____
☐ Court orders defendant held to answer to U.S. District Court, District of _____
   ☐ Bond to transfer     Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue
☐ Case continued to _____ for _____
☐ Other _____

2.   Preliminary hearing                Date _____
     Witnesses _____

     Outcome
         ☐ Bound over to U.S. District Court     ☐ Dismissed
     ☐ Other _____

## Arraignment

☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☐ Not guilty to count(s) _____ of an _____
☐ Guilty to count(s) _____ of an _____

| Not Guilty Plea | Guilty Plea |
|---|---|
| ☐ Court orders discovery per rule 16 FRCrP | ☐ Court is satisfied there is factual basis for a plea of guilty |
| ☐ Court orders access to Grand Jury Transcripts | ☐ Defendant referred to probation for presentence investigation |
| ☐ Motions to be filed in ____ days or On / Before _____ | ☐ Defendant advised on consequence of a plea of guilty |
| ☐ Trial date set for ____ at _____ | ☐ Plea agreement filed |
| In _____ | ☐ Sentencing set for ____ at _____ |
| ☐ Speedy trial expires on _____ | In _____ |
| | ☐ Plea conditionally accepted |

## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court