# CRIMINAL MINUTE SHEET
# MOTION HEARING
☐ This minute sheet also contains a Minute Order
☐ Telephonic

Date: 05/28/13  
Case No.: 13-CR-18-S  
Time: 11:36 am - 11:54 am  
Interpreter: none  
Int. Phone:  

UNITED STATES OF AMERICA  VS  THEODORE WILSON CHAPUT

| Kelly H. Rankin | Abby Logan | Jan Davis | none |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| Justin Cline/Ross Mueske | Phil Caldwell |
|---|---|
| Marshal | Probation Officer |

**Attorney(s)**  
Government: James C. Anderson  
Defendant(s): James H. Barrett  

| Gov / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 19 | review of detention | denied |

**Witnesses**  
Government:  
Defendant(s):  
Other:  

Continuation of review of detention held on 5/23/13.