James H. Barrett
Asst. Federal Public Defender
214 W. Lincolnway, Stte. 31-A
Cheyenne, WY 82001
P: 307-772-2781
F: 307-772-2788

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 13–CR-18-S |
| | ) |
| **THEODORE CHAPUT**, | ) |
| | ) |
| Defendant. | ) |

### *MOTION FOR RELEASE ON BOND*

COMES NOW the Defendant by and through his attorney, Assistant Federal Public Defender James H. Barrett and respectfully moves the Court for a hearing to determine terms and conditions under which he might be released on bond.

In so doing, counsel and the defendant would represent to the Court that he has no history of flight even though he has had these/similar charges pending in State court for more than a year. Additionally, he was admitted to bond during that period of time and was allowed to move

to the State of Colorado pending disposition of the State charges.  During that entire period of time, the defendant was compliant with any and all conditions of bond and never violated his bond conditions which included regular telephone contact with his counsel and bondsman.

The defendant has been characterized as posing a risk of flight generally due to his lack of current contact with the State of Wyoming and an "unstable" lifestyle.  The defendant was resident in his RV in Colorado and is willing to retrieve his RV and return it and himself to Wyoming until this matter reaches disposition by plea or jury verdict.

The Court has indicated a reluctance to release the defendant to retrieve his RV based upon a lack of plan or vague plans.  The concerns have primarily centered upon the defendant's lack of arrangements for travel to retrieve his RV and Pre-Trial services inability to contact local shelters for stay arrangements and bus services for travel schedule.  The defendant has independently obtained the information needed and advises the Court as follows:

1.  His RV is located in Woodland Park, Colorado which is approximately 15 miles outside of Colorado Springs, Colorado.

2.  The RV is still present at the location and with the possible exception of a dead battery can be driven.  The defendant is willing to charge the battery if such is necessary.

3.  Defendant's family have forwarded money to the defendant for bus fare and necessities.

4.  Defendant can take a bus from Cheyenne, Wyoming to Colorado Springs, Colorado via Arrow Bus Lines, a/k/a Black Hills Bus Lines( 1-877-779-2999 or 402-371-3850).  The cost

and schedule(s) are as follows.  The bus leaves from the Rodeway Inn at 1-25 and Central Avenue in Cheyenne at 4:25 p.m. and arrives at Colorado Springs, Colorado at 8:25 p.m. or at 3:25 a.m. arriving at Colorado Springs at 8:55 a.m.  The base fare Monday thru Thursday is $55.00 + a $16.00 service fee.  On Friday, the base fare is $61.00 + the $16.00 service fee.  These locations, schedules and fares have been confirmed by the Jail Captain of the Platte County Detention Center.

    5.  Upon retrieving his RV, the defendant will return to Laramie County to seek a spot to park the vehicle and that will be his residence pending the outcome of this matter.

    6.  The defendant agrees and will maintain contact with pre-trial services on a daily basis while in the process of retrieving his RV and will keep pre-trial services advised of his location and plans.  When in Laramie County, Wyoming, the defendant will abide by any and all conditions of release this Court might require.

    This defendant poses no danger to the community.  As stated earlier, he has been on bond on these charges in State Court since 2011 and there have been no police contacts or encounters nor have there been any complaints regarding inappropriate or criminal conduct.

    If released, the defendant can and will make himself available to supervision in this District, will be available to counsel for review and consideration of his case and will be available for evaluation pending disposition of his case by plea or otherwise.

    WHEREFORE, the defendant prays that this Court, again, reconsider detention of this defendant and allow his release on bond.

DATED this 7th day of June, 2013.

                                  Respectfully submitted,

                                  WARREN R. WILLIAMSON
                                  Federal Public Defender, Interim

                                  __/s/_____
                                  James H. Barrett
                                  Asst. Federal Public Defender
                                  214 W. Lincolnway, Ste. 31-A
                                  Cheyenne, WY 82001
                                  P: 307-772-2781
                                  F: 307-772-2788

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was served on the 7th day of June, 2013, upon the following by:

☐ e-mail
❏ hand delivery to USAO court box
☐ fax
☐ mail, postage paid
■ electronic filing

                                  _____/s/_____
                                  James H. Barrett