# CRIMINAL MINUTE SHEET
# STATUS CONFERENCE

☑ **This minute sheet also contains a Minute Order**
☑ **Telephonic**

Date: 06/20/13   Case No.: 13CR18-S

Time: 10:33-10:43 am   Interpreter: _____   Int. Phone: _____

UNITED STATES OF AMERICA   VS   THEODORE WILSON CHAPUT

| Scott W. Skavdahl | Tiffany Dyer | None | Kelley Anderson/B. Eades |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| N/A | N/A |
|---|---|
| Marshal | Probation Officer |

**Attorney(s) for Government:** James C Anderson

**Attorney(s) for Defendant(s):** James H Barrett

**Other**

The Court held an informal status conference as to the unopposed Motion to Continue Trial; The defendant has obtained a final date for a psychosexual evaluation scheduled for 7/2-3, 2013; The current trial setting would not allow sufficient time for completion of said evaluation; Motion granted; The Trial was continued to August 5, 2013; the plea agreement deadline was set for 7/31/2013; since Judge Skavdahl will be sitting on the bench in New Mexico, the change of plea will likely be conducted by one of the other Judges in Cheyenne; the Court will sign the proposed order that sufficiently covers the ends of justice findings.