JAMES H. BARRETT
Assistant Federal Defender
District of Wyoming
214 West Lincolnway, Suite 31-A
Cheyenne, Wyoming 82001
Ph: (307) 772-2781
Fax: (307)772-2788

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13CR18-S |
| ) | |
| **THEODORE CHAPUT**, ) | |
| ) | |
| Defendant ) | |

### Defendant's Motion To Vacate And Continue Trial

Comes now the defendant by and through his attorney, James H. Barrett, Assistant Federal Public Defender, and moves the court for its order vacating the current trial date of August 5, 2013, and continuing the same to a date convenient and available to the court and counsel.

Defense counsel has been advised that the Defendant, while incarcerated at Platte County Detention, was taken to the hospital on July 17, 2013. On July 18, 2013 counsel was advised that the Defendant has suffered a stroke, incapacitating one side of his body and possibly causing a mental incapacity. He is expected to be hospitalized and require therapy for an extended period of time.

WHEREFORE, the defendant prays that the court grant the relief prayed for herein and enter its order vacating the trial setting of August 5, 2013, and continuing the same to a date certain and convenient to the court and counsel.

DATED this 19th day of July, 2013.

          Respectfully submitted,

          WARREN R. WILLIAMSON
          Federal Public Defender, Interim


          /s/ James H. Barrett
          JAMES H. BARRETT
          Assistant Federal Defender
          214 West Lincolnway, Suite 31-A
          Cheyenne, Wyoming 82001
          (307) 772-2781


## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing upon the following by electronic filing this 19th day of July, 2013.

❏ e-mail
❏ hand delivery to AUSA court box
❏ fax
❏ mail, postage paid
☒ electronic filing

          /s/ *James H. Barrett*