# CRIMINAL MINUTE SHEET
# STATUS CONFERENCE

☐ This minute sheet also contains a Minute Order
☒ Telephonic

Date: 08/05/13                                         Case No.: 13CR18-S

Time: 11:00 - 11:14 am                                 Interpreter: _____
                                                       Int. Phone: _____

UNITED STATES OF AMERICA        VS        THEODORE WILSON CHAPUT

| Scott W. Skavdahl | Tiffany Dyer | Jamie Hendrich | Kelley Anderson |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| N/A | N/A |
|---|---|
| Marshal | Probation Officer |

Attorney(s) for Government: JAMES C ANDERSON

Attorney(s) for Defendant(s): JAMES H BARRETT

**Other**

The Court advised parties that a status report shall be filed on September 16 so documentation can be obtained as to extent of defendants medical condition.