FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2013 SEP 10  AM 10 58
STEPHAN HARRIS, CLERK
CASPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,         ) | Criminal No. **13-CR-18-SWS** |
| ) | |
| v.                                       ) | |
| ) | |
| **THEODORE WILSON CHAPUT**,  ) | |
| ) | |
| Defendant.       ) | |
| ) | |
| ) | |

### ORDER GRANTING LEAVE TO FILE DISMISSAL OF INDICTMENT

After due consideration of the United States' Motion for Leave to File Dismissal, the Court hereby grants the United States Attorney leave to file a dismissal of the Indictment against the Defendant **THEODORE WILSON CHAPUT**, without prejudice.

DATED this 10th day of September, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE