JAMES C. ANDERSON
United States Attorney's Office
District of Wyoming
P. O. Box 668
Cheyenne, WY 82003
(307) 307 772 2124

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. **13-CR-18-SWS** |
| | ) | |
| v. | ) | |
| | ) | |
| **THEODORE WILSON CHAPUT**, | ) | |
| | ) | |
| Defendant. | ) | |

## DISMISSAL OF INDICTMENT

Having obtained leave of the Court pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure, the United States Attorney dismisses without prejudice the Indictment against the

Defendant, Theodore Wilson Chaput.

DATED this 10th day of September, 2013.

                                                        Respectfully submitted,

                                                        CHRISTOPHER A. CROFTS
                                                        United States Attorney


                                                        By__/s/ James C. Anderson____
                                                        JAMES C. ANDERSON
                                                        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2013, I served a copy of the foregoing DISMISSAL OF INDICTMENT upon the following by electronic notice to JAMES H. BARRETT.

                                              __/s/ Vaughna Warburton_____
                                              For the United States Attorney's Office